KELLY M. KLAUS (State Bar No. 161091)
Kelly.Klaus@mto.com
SKYLAR B. GROVE (State Bar No. 310707)
Skylar.Grove@mto.com
JING JIN (State Bar No. 343210)
Jing.Jin@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street
Twenty-Seventh Floor
San Francisco, California 94105-2907
Telephone: (415) 512-4000
Facsimile: (415) 512-4077

ROSE LEDA EHLER (State Bar No. 296523)
Rose.Ehler@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue
50th Floor
Los Angeles, CA 90071-3426
Telephone: (213) 683-9100
Facsimile: (213) 687 3702

Attorneys for National Fire Protection Association, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| *In Re* Subpoenas to UpCodes Investors, | Misc. Case No. 3:22-mc-80164-DMR |
| | **NATIONAL FIRE PROTECTION ASSOCIATION'S CONSENT TO MAGISTRATE JURISDICTION** |
| NATIONAL FIRE PROTECTION ASSOCIATION, INC., | Judge: Honorable Donna M. Ryu |
| Plaintiff, | Date: August 11, 2022 |
| v. | Time: 1:00 PM |
| UPCODES, INC., SCOTT REYNOLDS, and GARRETT REYNOLDS, | Crtrm: 4 |
| Defendants. | **Underlying Action:** |
| | *Case No. 2:21-cv-05262-SPG-Ex* |
| UPCODES, INC., | *U.S. District Court (C.D. Cal.)* |
| Counterclaim Plaintiff, | *Judge: Hon. Sherilyn Peace Garnett* |

-1-
NATIONAL FIRE PROTECTION ASSOCIATION'S CONSENT TO MAGISTRATE JUDGE JURISDICTION

v.

NATIONAL FIRE PROTECTION ASSOCIATION, INC.,

   Counterclaim Defendant.

**INSTRUCTIONS:** Please indicate below by checking **one** of the two boxes whether you (if you are the party) or the party you represent (if you are an attorney in the case) choose(s) to consent or decline magistrate judge jurisdiction in this matter. Sign this form below your selection.

  (X) **Consent to Magistrate Judge Jurisdiction**

   In accordance with the provisions of 28 U.S.C. § 636(c), I voluntarily **consent** to have a United States magistrate judge conduct all further proceedings in this case, including trial and entry of final judgment. I understand that appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

  **OR**

  ( ) **Decline Magistrate Judge Jurisdiction**

   In accordance with the provisions of 28 U.S.C. § 636(c), I **decline** to have a United States magistrate judge conduct all further proceedings in this case and I hereby request that this case be reassigned to a United States district judge.

DATED: July 12, 2022   MUNGER, TOLLES & OLSON LLP

By:  */s/ Jing Jin*
  JING JIN
Attorneys for Movant, National Fire Protection Association, Inc.

# CERTIFICATE OF SERVICE

STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of San Francisco, State of California. My business address is 560 Mission Street, Twenty-Seventh Floor, San Francisco, CA 94105-2907.

On **July 12, 2022**, I served true copies of the following document(s) described as:

**NATIONAL FIRE PROTECTION ASSOCIATION'S CONSENT TO MAGISTRATE JURISDICTION**

on the interested parties in this action as follows:

> Bragiel Brothers
> Through counsel Aditya V. Kamdar
> > DURIE TANGRI LLP
> > 217 Leidesdorff Street
> > San Francisco, CA 94111
> > akamdar@durietangri.com

> Cyrus Lohrasbpour
> Through counsel Aditya V. Kamdar
> > DURIE TANGRI LLP
> > 217 Leidesdorff Street
> > San Francisco, CA 94111
> > akamdar@durietangri.com

> Fillmore Trust
> Through counsel Aditya V. Kamdar
> > DURIE TANGRI LLP
> > 217 Leidesdorff Street
> > San Francisco, CA 94111
> > akamdar@durietangri.com

> Foundation Capital
> Through counsel Aditya V. Kamdar
> > DURIE TANGRI LLP
> > 217 Leidesdorff Street
> > San Francisco, CA 94111
> > akamdar@durietangri.com

> Kenny Stone

| | |
|---|---|
| 1 | Through counsel Aditya V. Kamdar |
| 2 | DURIE TANGRI LLP |
| | 217 Leidesdorff Street |
| 3 | San Francisco, CA 94111 |
| 4 | akamdar@durietangri.com |
| 5 | Ralph Gootee |
| 6 | Through counsel Aditya V. Kamdar |
| | DURIE TANGRI LLP |
| 7 | 217 Leidesdorff Street |
| 8 | San Francisco, CA 94111 |
| | akamdar@durietangri.com |
| 9 | |
| 10 | Ryan Sutton-Gee |
| | Through counsel Aditya V. Kamdar |
| 11 | DURIE TANGRI LLP |
| 12 | 217 Leidesdorff Street |
| | San Francisco, CA 94111 |
| 13 | akamdar@durietangri.com |
| 14 | |
| 15 | Slava Solonitsyn |
| | Through counsel Aditya V. Kamdar |
| 16 | DURIE TANGRI LLP |
| 17 | 217 Leidesdorff Street |
| | San Francisco, CA 94111 |
| 18 | akamdar@durietangri.com |
| 19 | Tracy Young |
| 20 | Through counsel Aditya V. Kamdar |
| | DURIE TANGRI LLP |
| 21 | 217 Leidesdorff Street |
| 22 | San Francisco, CA 94111 |
| | akamdar@durietangri.com |
| 23 | |
| 24 | YCVC Fund |
| | Through counsel Aditya V. Kamdar |
| 25 | DURIE TANGRI LLP |
| 26 | 217 Leidesdorff Street |
| | San Francisco, CA 94111 |
| 27 | akamdar@durietangri.com |
| 28 | |

Boyer Family Trust
Through counsel Aditya V. Kamdar
    DURIE TANGRI LLP
    217 Leidesdorff Street
    San Francisco, CA 94111
    akamdar@durietangri.com

Coyote Capital
Through counsel Aditya V. Kamdar
    DURIE TANGRI LLP
    217 Leidesdorff Street
    San Francisco, CA 94111
    akamdar@durietangri.com

G Ventures
Through counsel Aditya V. Kamdar
    DURIE TANGRI LLP
    217 Leidesdorff Street
    San Francisco, CA 94111
    akamdar@durietangri.com

Lac Leman
Through counsel Aditya V. Kamdar
    DURIE TANGRI LLP
    217 Leidesdorff Street
    San Francisco, CA 94111
    akamdar@durietangri.com

Scouts 2020
Through counsel Aditya V. Kamdar
    DURIE TANGRI LLP
    217 Leidesdorff Street
    San Francisco, CA 94111
    akamdar@durietangri.com

Quarto Ventures
Through counsel Aditya V. Kamdar
    DURIE TANGRI LLP
    217 Leidesdorff Street
    San Francisco, CA 94111
    akamdar@durietangri.com

**BY EMAIL**:  I caused a copy of the document(s) to be sent from e-mail address Sarah.Williams@mto.com to the persons at the e-mail addresses listed above.  I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on **July 12, 2022** at San Francisco, California.

*/s/ Sarah L. Williams*
Sarah L. Williams