UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| *In Re* Subpoenas to UpCodes Investors, | Misc. Case No. 3:22-mc-80164-DMR |
| | **SUPPLEMENTAL JOINT LETTER REGARDING SUBPOENAS TO UPCODES INVESTORS** |
| NATIONAL FIRE PROTECTION ASSOCIATION, INC., | Judge:   Honorable Donna M. Ryu |
| Plaintiff, | |
| v. | |
| UPCODES, INC., SCOTT REYNOLDS, and GARRETT REYNOLDS, | **Underlying Action:**<br>*Case No. 2:21-cv-05262-SPG-Ex*<br>*U.S. District Court (C.D. Cal.)*<br>*Judge:  Hon. Sherilyn Peace Garnett* |
| Defendants. | |
| UPCODES, INC., | |
| Counterclaim Plaintiff, | |
| v. | |
| NATIONAL FIRE PROTECTION ASSOCIATION, INC., | |
| Counterclaim Defendant. | |

Dear Judge Ryu:

The parties respectfully submit this supplemental joint letter regarding NFPA's motion to compel responses to the subpoenas NFPA issued to UpCodes' Investors. The parties have complied with the stipulated terms outlined in the Court's September 20, 2022 Order as follows:

- Investors Bragiel Brothers, Y Combinator and YCVC Fund (collectively "Y Combinator"), and Cyrus Lohrasbpour have produced those documents and deposition testimony from an action pending in the Southern District of New York, *International Code Council, Inc. v. UpCodes, Inc.*, No. 1:17-cv-06261-VM (the "*ICC* litigation").
- Counsel for UpCodes and Mr. Lohrasbpour filed a stipulation in the *ICC* litigation to permit the disclosures under the protective order and produced Mr. Lohrasbpour's documents and deposition testimony.
- Y Combinator produced documents resulting from a supplemental search responsive to Requests for Production Nos. 2 through 9 for the following search terms, as of the date of the search it conducted in the *ICC* litigation: UpCodes; Scott w/2 Reynolds; Garrett w/2 Reynolds; National Fire Protection Association OR NFPA; International Code Council OR ICC; American Society for Testing and Materials OR ASTM; Veeck.
- UpCodes has agreed to provide missing hyperlinked documents that NFPA identifies subject to any burden or relevance objections on which the parties will further meet and confer.

Based on the parties' compliance with the conditions of their stipulated agreement, NFPA respectfully withdraws the current motion to compel and agrees not to file any further motions to compel with respect to the subpoenas issued to UpCodes' Investors.

**Case Management Deadlines in the Underlying Action**
The deadlines in *National Fire Protection Association, Inc. v. UpCodes, Inc. et al.*, No. 2:21-cv-05262-SPG-Ex (C.D. Cal. filed June 29, 2021) (the "Underlying Action") are as follows: fact discovery cut-off (11/4/2022); expert discovery cut-off (2/17/2023); last day to hear dispositive motions (7/10/2023); pretrial conference (10/16/2023); trial (11/14/2023).

Respectfully submitted,

| MUNGER, TOLLES & OLSON LLP | DURIE TANGRI LLP |
|---|---|
| By: s/ *Kelly M. Klaus*<br>KELLY M. KLAUS<br>Kelly.Klaus@mto.com | By: s/ *Joseph C. Gratz*<br>JOSEPH C. GRATZ<br>JGratz@durietangri.com |
| Attorneys for Movant | Attorneys for Respondents |

DATED: October 12, 2022       MUNGER, TOLLES & OLSON LLP

By:   */s/ Kelly M. Klaus*
          Kelly M. Klaus
          Attorneys for Movant

**Signature Attestation**

Pursuant to Local Rule 5-1(h)(3), I, Kelly M. Klaus, hereby attest that all other signatories listed and on whose behalf this filing is submitted have authorized this filing and concur in its content.

DATED:  October 12, 2022                    MUNGER, TOLLES & OLSON LLP


By:    */s/ Kelly M. Klaus*
         Kelly M. Klaus
         Attorneys for Movant